868 A.2d 1193

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**William W. McVAY, III, Respondent.**

**No. 984 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 2, 2004, it is hereby

ORDERED that WILLIAM W. McVAY, III be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.